# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**JESUS TACORONTE,**

        **Plaintiff,**

**-vs-**                              **Case No.  6:10-cv-1477-Orl-28DAB**

**COLLECTION COMPANY OF AMERICA,
ET. AL.,**

        **Defendants.**

_____

# ORDER

This case is before the Court on a report from the United States Magistrate Judge recommending that Plaintiff's claims against the various Defendants be severed and Plaintiff be ordered to file separate actions against each Defendant.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.  Therefore, it is **ORDERED** as follows:

1.      That the Report and Recommendation filed November 2, 2010 (Doc. No. 12) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2.      Plaintiff's claims against the thirty-four (34) Defendants in this case are hereby **SEVERED**.  Plaintiff shall file a separate action against each Defendant.

3.      Plaintiff may proceed in this case against the first named Defendant, Collection Company of America, but must file separate actions for the balance of the named Defendants.  The Clerk of the Court is directed to terminate all Defendants, except Collection Company of America, from this action.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this ___29th___ day of November, 2010.

Copies furnished to:

JOHN ANTOON II
United States District Judge

United States Magistrate Judge
Counsel of Record
Unrepresented Party