**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**JESUS TACORONTE,**

               **Plaintiff,**

-vs-                                        **Case No. 6:10-cv-1477-Orl-28DAB**

**COLLECTION COMPANY OF AMERICA,**
**ET. AL.,**

               **Defendants.**

_____

## ORDER

This cause is before the Court on a *sua sponte* review of the file. On October 22, 2010, this Court entered its Interested Person Order (Doc. 11), directing the parties (those appearing to date) to file their Certificate of Interested Persons and Corporate Disclosure Statement within fourteen days of the date of that Order. To date, Plaintiff and Defendant Zakheim and Associates, the only parties appearing thus far, have not complied with the Interested Persons Order and the time to do so has passed. Pursuant however, to the Order severing the multiple Defendants from this action entered contemporaneously with this Order, Defendant Zakheim and Associates is no longer a party to this case. Thus, Plaintiff shall show cause no later than December 10, 2010, why sanctions should not be imposed on him for failing to comply with the Interested Persons Order.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this __29th__ day of November, 2010.

Copies furnished to:
Counsel of Record
Unrepresented Party

JOHN ANTOON II
United States District Judge